Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
schwartz@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@snell-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF ANDREA NAHARRO, STACY BARNARD and STEVEN BARNARD,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPUTY JENNIFER GALAN and DOES 1-20,<br><br>Defendants. | CASE NO.:<br><br>**COMPLAINT FOR DAMAGES**<br>**(Violation of Civil Rights, Wrongful Death)**<br><br>JURY TRIAL DEMANDED |

**JURISDICTION AND VENUE**

1. This complaint alleges violations of the constitutional rights of ANDREA NAHARRO, deceased, and of her surviving children, STACY BARNARD and STEVEN BARNARD. The complaint seeks remedies pursuant to Title 42, United States Code, section 1983 and state law. Jurisdiction is conferred upon the United States District Court by Title 28, United States Code, sections 1331 and 1343. The actions giving rise to defendants' liability, as alleged in this complaint, occurred in the City of San Jose, County of Santa Clara, State of California. Venue is therefore proper in the San

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*ESTATE OF NAHARRO, et al., v. COUNTY OF SANTA CLARA, et al.*   Page 1
COMPLAINT

Jose Division of this District pursuant to Title 28, United States Code, section 1391(b), and Local Rule 3-2(e).

## IDENTIFICATION OF PARTIES

2. This action arises from the shooting of ANDREA NAHARRO, deceased. ANDREA NAHARRO died without leaving a will.  To the extent this action seeks to recover damages for violations of rights personal to ANDREA NAHARRO, this action is maintained on behalf of the ESTATE OF ANDREA NAHARRO by her successors in interest STACY BARNARD and STEVEN BARNARD.

3. STACY BARNARD is the surviving daughter of ANDREA NAHARRO and brings this action in her personal capacity and as a successor in interest to ANDREA NAHARRO.

4. STEVEN BARNARD is the surviving son of ANDREA NAHARRO and brings this action in his personal capacity and as a successor in interest to ANDREA NAHARRO.

5. Defendant COUNTY OF SANTA CLARA is a public entity, duly organized and existing under the laws of the State of California.  The COUNTY OF SANTA CLARA operates under its authority the SANTA CLARA COUNTY SHERIFF'S DEPARTMENT.

6. At all relevant times, defendant JENNIFER GALAN was a SHERIFF'S DEPUTY for the COUNTY OF SANTA CLARA.  In committing the acts and omissions alleged in this complaint, DEPUTY GALAN was acting under color of law and within the course and scope of her employment as a SHERIFF'S DEPUTY for the COUNTY OF SANTA CLARA.  DEPUTY GALAN is sued in her individual capacity and in her capacity as a SHERIFF'S DEPUTY for the COUNTY OF SANTA CLARA.

7. Plaintiffs are ignorant of the true names and capacities of defendants DOES 1 through 20, and therefore sue these defendants by such fictitious names. Plaintiffs are informed and believe and thereon allege that each defendant so named is responsible in some manner for the injuries and damages suffered by plaintiffs as

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*ESTATE OF NAHARRO, et al., v. COUNTY OF SANTA CLARA, et al.*           Page 2
COMPLAINT

1  described in this complaint.  Plaintiffs will amend their complaint to state the true
2  names and capacities of defendants DOES 1 through 20 when they have been
3  ascertained.  Any reference in this complaint to "defendant," "defendants," or to an
4  individually-named defendant also refers to defendants DOES 1 through 20.

5      8.    Each defendant sued in this complaint acted as the agent or employee of
6  every other defendant.

## FACTS GIVING RISE TO THE COMPLAINT

8      9.    On or about November 16, 2013, ANDREA NAHARRO was living at 95
9  Cleveland Avenue, Unit A, San Jose, California.  She was 61 years old.  She was
10 approximately five feet tall.  She was suffering from multiple sclerosis.

11     10.    At approximately 12:17 a.m., one of ANDREA NAHARRO'S neighbors
12 called 911 and reported hearing breaking glass, a loud pounding, and a woman yelling
13 in a triplex on Cleveland Avenue near Olive Avenue in San Jose.  Three SANTA
14 CLARA COUNTY SHERIFF'S DEPUTIES, including DEPUTY GALAN, responded.
15 Outside the front door of 95 Cleveland Avenue, Unit A, the officers encountered
16 ANDREA NAHARRO.  She was wearing a tee shirt and cotton pants.

17     11.    At approximately 12:19 a.m., DEFENDANT DEPUTY GALAN shot
18 ANDREA NAHARRO three times:  in the face, the right breast, and the left pelvis and
19 thigh, killing her.  Defendants contend that DEFENDANT GALAN shot ANDREA
20 NAHARRO because she failed to comply with their commands that she drop a knife
21 she was holding.

22     12.    DEPUTY GALAN used excessive force against ANDREA NAHARRO.
23 ANDREA NAHARRO had not committed any crime and there were non-lethal
24 alternatives a reasonable officer would have employed to obtain compliance.  At no
25 time during this incident did decedent use any force against the defendant officers or
26 do anything that would have provided the officers with a legal basis to use force
27 against her.

28     13.    DEPUTY GALAN shot and killed ANDREA NAHARRO in the absence of

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

just cause or provocation, violating her constitutional and personal rights, and those of her family.  The use of deadly force by DEPUTY GALAN was unreasonable and constituted a violation of the constitutional and personal rights of ANDREA NAHARRO and of plaintiffs STACY BARNARD and STEVEN BARNARD.

14. At all times relevant to this Complaint, the conduct of the individually named defendants was willful, reckless, and in callous disregard of plaintiffs' rights under federal and state law.

## DAMAGES

15. Plaintiffs STACY BARNARD and STEVEN BARNARD were physically, mentally, emotionally, and financially injured and damaged as a proximate result of the shooting of their mother, ANDREA NAHARRO.  Plaintiffs have suffered the loss of their mother's society, comfort, companionship, moral support and financial support. Plaintiffs have also suffered the violation of their constitutional rights and loss of their sense of security, dignity, and pride as citizens and residents of the United States of America.  In addition to these damages, plaintiffs are entitled to recover the reasonable value of funeral and burial expenses.

16. As a proximate result of defendants' conduct, decedent suffered physical pain, emotional distress, violation of her constitutional rights, and the loss of her sense of security, dignity, and pride as a resident of the United States of America.

17. Plaintiffs STACY BARNARD and STEVEN BARNARD are successors in interest of decedent ANDREA NAHARRO and succeed to the causes of action of this complaint because there is no personal representative of the estate of ANDREA NAHARRO.  They bring this complaint in their capacities as successors in interest. Plaintiffs STACY BARNARD and STEVEN BARNARD have executed and filed the declaration under penalty of perjury required by Code of Civil Procedure Section 377.32.

18. The conduct of defendants was malicious, wanton, and oppressive. Plaintiffs are therefore entitled to an award of punitive damages against the individually

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*ESTATE OF NAHARRO, et al., v. COUNTY OF SANTA CLARA, et al.*                Page 4
COMPLAINT

1 named defendants.

2     19.    Plaintiffs found it necessary to engage the services of private counsel to vindicate their rights and the rights of decedent under the law. Plaintiffs are therefore entitled to recover all attorneys' fees incurred in relation to this action pursuant to Title 42, United States Code, section 1988.

**FIRST CLAIM FOR RELIEF**
**42 U.S.C. Section 1983**
**Use of Excessive Force and Failure to Protect**
**(Against Defendants GALAN and DOES 1 through 10)**

    20.    Plaintiffs STACY BARNARD and STEVEN BARNARD, as successors in interest to the ESTATE OF ANDREA NAHARRO, hereby incorporate herein the preceding paragraphs of this complaint, to the extent relevant, as if fully set forth.

    21.    Defendant GALAN and DOES 1 through 10 acted under color of law in using excessive force against decedent, thereby depriving decedent of certain constitutionally-protected rights, including, but not limited to the rights guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution.

    22.    Defendants GALAN and DOES 1 through 10 acted under color of law and with deliberate indifference to decedent's Fourth and Fourteenth Amendment rights in failing to protect decedent from the use of excessive force. Defendants DOES 1 through 10 knew or should have known that the use of lethal force against decedent was unjustified, they had a reasonable opportunity to prevent the harm, and they chose not to act.

    23.    As a proximate result of the conduct of defendants, decedent suffered physical pain and emotional distress and incurred general damages for the deprivation of her constitutional rights.

    24.    Defendants acted in reckless and callous disregard for the constitutional rights of decedent and with willful oppression and malice. Plaintiffs therefore seek an award of punitive damages against these defendants.

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*ESTATE OF NAHARRO, et al., v. COUNTY OF SANTA CLARA, et al.*     Page 5
COMPLAINT

WHEREFORE, plaintiffs pray for relief as set forth below.

## SECOND CLAIM FOR RELIEF
### 42 U.S.C. Section 1983
### Supervisory Liability, Monell
### (Against Defendant SANTA CLARA COUNTY and DOES 11 through 20)

25. Plaintiffs STACY BARNARD and STEVEN BARNARD, in their capacities as successors in interest to the ESTATE OF ANDREA NAHARRO, hereby incorporate herein the preceding paragraphs of this complaint, to the extent relevant, as if fully set forth.

26. The acts and conduct of the defendant officers constituted an illegal and unconstitutional use of deadly force under the Fourth and Fourteenth Amendments.

27. At all times relevant, defendants SANTA CLARA COUNTY and DOES 11 through 20 developed and maintained policies or customs exhibiting deliberate indifference to the constitutional rights of persons in Santa Clara County, which caused the violations of plaintiffs' rights.

28. Defendants SANTA CLARA COUNTY and DOES 11 through 20 caused the constitutional violations by reason of their practice and custom, with deliberate indifference, of failing to properly train, supervise and discipline SANTA CLARA COUNTY Sheriff's deputies, including the defendant officers, in the proper use of deadly force.

29. Defendants SANTA CLARA COUNTY and DOES 1 through 20 have also caused the constitutional violations by reason of their practice and custom, with deliberate indifference, of failing to properly train, supervise and discipline SANTA CLARA COUNTY Sheriff's deputies, including the defendant officers, in situations involving disabled and emotionally disturbed persons, and in the proper means of recognizing these conditions and detaining such persons without resorting to the use of deadly force.

WHEREFORE, plaintiffs pray for relief as set forth below.

/ / /

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

**THIRD CLAIM FOR RELIEF**
**Negligence, Wrongful Death**
**(Against All Defendants)**

30. Plaintiffs STACY BARNARD and STEVEN BARNARD, in their personal capacities, and their capacities as successors in interest to the ESTATE OF ANDREA NAHARRO, hereby incorporate herein the preceding paragraphs of this complaint, to the extent relevant, as if fully set forth.

31. On May 14, 2014, the COUNTY OF SANTA CLARA received the government claims plaintiffs timely filed pursuant to the provisions of the California Tort Claims Act, California Government Code §§ 910 et seq. The CITY denied the claims on June 11, 2014.

32. On November 16, 2013, defendants GALAN and DOES 1 through 20, who were acting within the course and scope of their employment with Defendant SANTA CLARA COUNTY, were negligent in doing the acts alleged in this complaint.

33. ANDREA NAHARRO died as a result of that negligence.

34. As a proximate result of that negligence, plaintiffs suffered damages.

35. Defendants' conduct was a substantial factor in causing the alleged damages.

WHEREFORE, plaintiffs pray for relief as set forth below.

**FOURTH CLAIM FOR RELIEF**
**California Civil Code §§ 52, 52.1**
**(Against All Defendants)**

36. Plaintiffs STACY BARNARD and STEVEN BARNARD, in their capacities as successors in interest to the ESTATE OF ANDREA NAHARRO, hereby incorporate herein the preceding paragraphs of this complaint, to the extent relevant, as if fully set forth.

37. On November 16, 2013, defendants, and each of them, by threats, intimidation, or coercion, interfered with and threatened to interfere with decedent's rights guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution and Art. 1, § 13 of the California Constitution.

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*ESTATE OF NAHARRO, et al., v. COUNTY OF SANTA CLARA, et al.*       Page 7
COMPLAINT

38. The actions of these defendants, and each of them, was a substantial factor in causing decedent to sustain harm and the special and general damages which plaintiffs will establish at trial.

39. The individually named defendants acted with malice and oppression. These defendants' conduct was intended to harm decedent or was despicable, carried out with a conscious disregard of decedent's rights or safety. Defendants' conduct also subjected decedent to cruel and unjust hardship in conscious disregard of her rights. Plaintiffs are entitled to such statutory damages allowed by California Civil Code §§ 52, and 52.1(b) and attorneys' fees pursuant to § 52.1(h).

WHEREFORE, plaintiffs pray for relief as follows:

1. For general damages, according to proof;

2. For special damages, according to proof;

3. For pecuniary damages, according to proof;

4. For funeral and burial expenses according to proof;

5. For punitive damages against the individually-named defendants;

6. For attorneys' fees pursuant to 42 U.S.C. section 1988;

7. For costs of suit incurred herein; and

8. For such other and further relief as the court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a jury trial in this action.

Dated: October 14, 2014         /s/ - "Andrew C. Schwartz"
                                By: ANDREW C. SCHWARTZ
                                CASPER, MEADOWS, SCHWARTZ & COOK
                                Attorneys for Plaintiffs

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

ESTATE OF NAHARRO, et al., v. COUNTY OF SANTA CLARA, et al.           Page 8
COMPLAINT