ORRY P. KORB, County Counsel (S.B. #114399)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA AND DEPUTY
JENNIFER GALAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| ESTATE OF ANDREA NAHARRO, et al., <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF SANTA CLARA, et al.., <br><br>Defendants. | No.  14-CV-04570 BLF (PSG) <br><br>**STIPULATION TO CONTINUE HEARING DATE AND EXTEND TIME TO FILE PLEADINGS; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules for the United States District Court for the Northern District of California, Rule 6-2, the parties hereby stipulate to extend time for the filing of Plaintiffs' opposition to Defendants' Motion to Dismiss Second Amended Complaint and any reply in support of the Motions. The Motion was filed on April 6, 2015, and the opposition is currently due April 20, 2015. Plaintiffs have indicated that they would like to move the July 19, 2015 hearing date so as to allow adequate time for the Supreme Court to issue its decision in *City & Cnty. of San Francisco, Cal. v. Sheehan*, 135 S. Ct. 702 (2014).

In this case, Deputy Sheriff Jennifer Galan shot and killed Andrea Naharro in the line of duty.  The reason for this request to extend the briefing schedule and continue the hearing date is that Defendants' motion to dismiss seeks dismissal of Plaintiff's third claim alleging a violation of Title II of the American with Disabilities Act.  In *Sheehan v. City & Cnty. of San Francisco*, 743 F.3d 1211, 1231 (9th Cir. 2014), the Ninth Circuit applied the ADA to a situation involving a police encounter with a mentally-ill woman before the arrest was complete where the situation had defused

1  sufficiently at the time of the use of force.  Other circuits have refused to apply Title II of the ADA
2  to arrest.  The Supreme Court granted certiorari and the matter has been briefed and argued.  *City &*
3  *Cnty. of San Francisco, Cal. v. Sheehan*, 135 S. Ct. 702 (2014).  A decision from the Supreme Court
4  is expected on or before June 30, 2015.  The result of the decision may result in guidance as to the
5  parameters of an ADA claim in the circumstances of this case.

6        By this stipulation, the parties seek to extend the hearing date to **September 3, 2015**.  In
7  order to incorporate the impact of *Sheehan*, the parties also seek to extend the deadline for filing the
8  opposition to **July 21, 2015**, and the deadline for filing the reply to **August 11, 2015**.

9  **SO STIPULATED.**

10 Dated:  April 14, 2015

By:  ___/s/___
   KAREN L. SNELL
   Attorneys for Plaintiffs

ESTATE OF ANDREA NAHARRO,
STACY BARNARD and STEVEN
BARNARD

15       I hereby attest that I have on file the holograph signature for the signature indicated by a
16 "conformed" signature (/s/) within this e-filed document.

17 Dated:  April 14, 2015                       Respectfully submitted,

ORRY P. KORB
County Counsel

By:  ___/s/___
   ARYN PAIGE HARRIS
   Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA and
DEPUTY JENNIFER GALAN

25 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
26 Dated:  _____               _____
                                                  BETH LABSON FREEMAN
27                                                   United States District Judge

28

1097135