1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA and DEPUTY
6  JENNIFER GALAN

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        (San Jose Division)

11

12  ESTATE OF ANDREA NAHARRO, et al.,     No. 14-CV-04570 BLF

13         Plaintiffs,                    **STIPULATION FOR DISMISSAL AND ORDER THEREON**

14  v.

15  COUNTY OF SANTA CLARA, et al..,

16         Defendants.

IT IS HEREBY STIPULATED by and between Plaintiffs Stacy Barnard, Steven Barnard, and the Estate of Andrea Naharro, and Defendants County of Santa Clara and Deputy Jennifer Galan, through their undersigned counsel, that the entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees.

Dated: February 17, 2017                          Respectfully submitted,

                                                 JAMES R. WILLIAMS
                                               County Counsel

By:   /s/  Michael Serverian
      MICHAEL C. SERVERIAN
      Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA and DEPUTY JENNIFER GALAN

Dated: February 17, 2017                          Respectfully submitted,

CASPER, MEADOWS, SCHWARTZ & COOK

By:   /s/  Nick Casper
      NICK CASPER

Attorneys for Plaintiffs

## ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The entire action is dismissed with prejudice as to all plaintiffs pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

2. Each party shall bear its own costs and attorney's fees.

DATED: February 17, 2017

HONORABLE BETH L. FREEMAN
U.S. District Court Judge

1483603